1995 OK 148

### J.F. SCHULTE and Ethelyn Shadid, Appellees,

v.

APACHE CORPORATION, APCO–Program 1980–I, APC Operating Partnership, and Apache Petroleum Limited Partnership 1980–I, Appellants.

No. 81614.

Supreme Court of Oklahoma.

March 17, 1998.

### CORRECTION ORDER

HODGES, Acting Chief Justice.

¶ 1 The above styled cause in which opinion was promulgated by this Court on July 11, 1995, (66 OBJ 2323) is hereby corrected in the following:

¶ 2 The vote on the opinion is corrected, as follows:

HODGES, LAVENDER, SIMMS, HARGRAVE, OPALA, and WATT, JJ., concur.

KAUGER, C.J., SUMMERS, V.C.J., and ALMA WILSON, J., dissent.